IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN R. WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-176-WHA |
| ) | |
| REAL LIFE RECOVERY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 15, 2017, the Magistrate Judge filed a Recommendation (Doc. #6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 16th day of June, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE